Present — Del Vecchio. J. P.. Marsh. Gabrielli, Moule and Bastow. JJ.

HERALD COMPANY. Respondent. v. WILLIAM IRVING. Appellant.—

Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Bastow, JJ.

HERALD COMPANY, Respondent, v. JOSEPH FREY, Appellant.—

Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Bastow, JJ. [62 Misc 2d 434.]

CARMEN ANGELO et al., Plaintiffs, v. SPIDER STAGING SALES COMPANY, Respondent, and NEW YORK THRUWAY AUTHORITY, Appellant.—

Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Bastow, JJ.

KOPPERS COMPANY, INC., Appellant, v. EMPIRE BITUMINOUS PRODUCTS, INC., et al., Respondents.—